IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01262-WJM-MEH

WILLIAM SANDERS,

      Plaintiff,

v.

COLLECTO, INC., a Massachusetts corporation, d/b/a EOS CCA,,

      Defendant.

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2011.**

      The Stipulated Motion for Entry of Protective Order [filed December 14, 2011; docket #7] is **granted**. The proposed Protective Order is accepted and issued contemporaneously with this minute order.